NUMBER
13-10-00523-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

GEORGE
BRADFORD COLEMAN,                                            Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 24th District Court

                                        of
DeWitt County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Garza and Benavides 

                               Memorandum
Opinion Per Curiam

 








Appellant,
George Bradford Coleman, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER
CURIAM

 

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

9th day of December, 2010.